FILED
2026 Aug-25 PM 02:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **UNIVERSAL SERVICES, LLC, for its use and benefit, in the name of the UNITED STATES OF AMERICA** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **Case No.** |
| **UNITED STATES FIRE INSURANCE COMPANY** | ) | |
| **Defendant.** | ) | |

## COMPLAINT

The Plaintiff, UNIVERSAL SERVICES, LLC, for its use and benefit, in the name of the UNITED STATES OF AMERICA ("Universal"), by and through its undersigned counsel, sues the Defendant, UNITED STATES FIRE INSURANCE COMPANY ("US Fire" or "Surety"), and alleges as follows:

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 in that this is a civil action arising under the Miller Act, 40 U.S.C. § 3133, by a subcontractor, to recover damages against a payment bond issued by the Surety for a general contractor performing construction work at a Federal Government facility.

2. Plaintiff Universal is a limited liability company organized under the laws of the state of Mississippi and located at 1241 Highway 63 North, Leakesville, Mississippi, 39451. The only two members of Universal are Lana Dobbins and Ryan Dobbins, who are both citizens of the state of Mississippi.

3. Defendant US Fire is a Delaware corporation, authorized to conduct surety business in Alabama, with a listed principal office address located at 1209 N. Orange Street, Wilmington, Delaware, 19801-1120 and a mailing address of PO Box 1973, Morristown, New Jersey, 07962-1973.

4. Venue is proper in this judicial district pursuant to 40 U.S.C. § 3133(b)(3)(B) because the Federal Government facility to which the labor and materials were supplied is located at the George C. Marshall Space Flight Center in Madison County, Alabama.

**BOND CLAIM OF UNIVERSAL**

5. Healtheon, Inc. ("Healtheon") entered into a prime contract with the Federal Government through the NASA Marshall Space Flight Center Office of Procurement to construct improvements at the George C. Marshall Space Flight Center, located in Madison County (the "Project"). The prime contract between Healtheon and the Federal Government exceeded the sum of $100,000.

6. As required by the Miller Act, Healtheon procured a Payment Bond (Bond No. 613103243, hereafter the "Bond") from the Surety to guarantee payment to all persons supplying labor and materials in the prosecution of the work provided for in the prime contract, including Universal.

7. To perform its prime contract under the Project, Healtheon entered into a subcontract agreement with Universal with an effective date of June 1, 2023 (Healtheon Subcontract No. 2200-001, hereafter the "Universal Contract."). A copy of the Universal Contract is attached hereto as Exhibit A. Pursuant to the Universal Contract, Universal agreed to provide various labor and materials for the Project, including: demolition and removal of existing lighting and the furnishing and installing new lighting fixtures, wiring, conduits, and breakers.

8. The fixed price to be paid Universal for the original work scope provided for in the Universal Contract was $1,595,326.00.

9. Healtheon has failed to pay Universal for all labor and materials provided by Universal to the Project and used in prosecution of Healtheon's prime contract. Specifically, Universal is owed the sum of $467,336.56 (the "Contract Balance") for all such labor and materials that Universal provided to the Project for which it has not been paid.

10. Universal continued providing labor and materials to the Project up to approximately November 19, 2025.

11. More than 90 days have passed since Universal last supplied labor and materials to the Project.

12. All conditions precedent for the bringing and maintenance of this action have been performed or have occurred, and therefore Universal is entitled to recover the Contract Balance from US Fire under the Bond.

WHEREFORE**,** Plaintiff, UNITED STATES OF AMERICA, for the use and benefit of UNIVERSAL SERVICES, LLC requests judgment against Defendant UNITED STATES FIRE INSURANCE COMPANY as follows:

(i) For the sum of $467,336.56 representing the Contract Balance owed Universal for labor and materials provided in prosecution of the prime contract for which Universal has not been paid;

(ii) For attorneys' fees in accordance with the Universal Contract;

(iii) For legal interest as allowed by applicable law;

(iv) For costs of this action; and

(v) For such other and further relief as the court deems just and proper.

Respectfully submitted this 25th day of August, 2026.

*/s/ Gabriel J. Quistorff*
Gabriel J. Quistorff
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8799
Email: gquistorff@balch.com

*Attorney for Plaintiff*

**Plaintiff intends to perfect service of the Complaint and Summons on Defendant by personal delivery in accordance with Rule 4(h) of the Federal Rules of Civil Procedure upon the following:**

United States Fire Insurance Company
c/o Alabama Commissioner of Insurance, its Designated Agent
201 Monroe Street, Suite 1700
Montgomery, Alabama 36104